## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

TREACE MEDICAL
CONCEPTS, INC.,

      Plaintiff,

v.                                      Case No.   3:22-cv-1082-MMH-MCR

SERGIO URQUIZA,

      Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal (Dkt. No. 40; Stipulation) filed on March 8, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice. <u>See</u> Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED with prejudice**.

2.     Each party shall bear its own costs and attorney's fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of March, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record